

# Fourth Court of Appeals
## San Antonio, Texas

October 10, 2016

No. 04-15-00730-CV

William K. **LESTER**,
Appellant

v.

Harold **CONWAY**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 13820
Honorable N. Keith Williams, Judge Presiding

## O R D E R

The reporter's record filed in this appeal reflects that the attorneys withdrew the exhibits at the conclusion of the bench trial. Because the issues raised on appeal include a challenge to the legal and factual sufficiency of the evidence, this court must review the exhibits. Based on the description of the exhibits in the reporter's record, the following exhibits must be color copies: (1) petitioner's exhibit 1 – aerial photograph of ranch;[1] (2) petitioner's exhibit 2 – plat of the ranch; (3) petitioner's exhibit 7 – photograph; and (4) petitioner's exhibit 8 – photograph. It is therefore ORDERED that the respective attorneys deliver the exhibits to the court reporter no later than ten days from the date of this order. It is FURTHER ORDERED that the court reporter file a supplemental reporter's record containing the exhibits no later than twenty days from the date of this order.

It is so **ORDERED** on October 10, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] A color copy of this exhibit is only required to the extent the exhibit differs from exhibit 3 to the trial court's judgment.